IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QOTD FILM INVESTMENT LTD., | ) |
| | ) Case No.: 16-cv-2458 |
| Plaintiff, | ) |
| | ) Judge Thomas M. Durkin |
| v. | ) |
| | ) |
| DOES 1-24, | ) |
| | ) |
| Defendants. | ) |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS</u>**

Plaintiff, QOTD Film Investment Ltd., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with Internet Protocol addresses 73.22.34.45 (Doe No. 1); 69.246.198.21 (Doe No. 3); 50.151.46.233 (Doe No. 14) and 50.158.195.245 (Doe No. 21). Each party shall bear its own attorney's fees and costs. Plaintiff is not dismissing any other Doe Defendants at this time.

The respective Doe Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: July 14, 2016      QOTD FILM INVESTMENT LTD.

By:   s/Michael A. Hierl_____
      Michael A. Hierl (Bar No. 3128021)
      Todd S. Parkhurst (Bar No. 2145456)
      Hughes Socol Piers Resnick & Dym, Ltd.
      Three First National Plaza
      70 W. Madison Street, Suite 4000
      Chicago, Illinois 60602
      (312) 580-0100 Telephone
      (312) 580-1994 Facsimile
      mhierl@hsplegal.com

      Attorneys for Plaintiff
      QOTD Film Investment Ltd.

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Certain Doe Defendants was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 14, 2016.

                   s/Michael A. Hierl